CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAURYA RAO RANGINENI,<br><br>        Plaintiff,<br><br>    v.<br><br>MARCO RUBIO, Secretary, United States Department of State, *et al.*,<br><br>        Defendants. | Case No. 3:26-cv-02011-TSH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before June 10, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

    The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 6. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or July 10, 2026. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants file their motion for summary judgment by August 10, 2026.

Stipulation to Extend
Case No. 3:26-cv-02011-TSH                  1

Dated: May 11, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: May 11, 2026

 */s/ Jennifer Nimer*
JENNIFER NIMER
Nimer Law LLC

 */s/ Paris E. Scott*
PARIS E. SCOTT
PARS Equality Center

Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 12, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 3:26-cv-02011-TSH                    2

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1.  I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2.  On March 9, 2026, Plaintiff filed a complaint in which she seeks adjudication of his visa. *See* Dkt. No. 1. Our office was served with the complaint on March 12, 2026.

3.  My office has been conferring with the agency regarding this case and we determined that Defendants need a brief period of additional time to prepare their response. Accordingly, my office contacted Plaintiff's counsel regarding Defendants' request for an extension of time to prepare their response to the complaint, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  May 11, 2026

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation to Extend
Case No. 3:26-cv-02011-TSH                3